**UNITED STATES BANKRUPTCY COURT**
**FOR THE**
**DISTRICT OF MASSACHUSETTS**

~~~~~~~~~~~~~~~~~~~~~~~~~~~~

| | |
|---|---|
| In re | |
| **ANTHONY A. DESIMONE and** | |
| **CHERYL A. DESIMONE,** | Chapter 7 |
|     Debtors | Case No. 14-14271-JNF |

~~~~~~~~~~~~~~~~~~~~~~~~~~~~

| | |
|---|---|
| **GENARO RECUPERO and** | |
| **CHERYL RECUPERO,** | |
|     Plaintiffs | |
| v. | Adv. P. No. 15-1134 |
| **ANTHONY A. DESIMONE and** | |
| **CHERYL A. DESIMONE,** | |
|     Defendants | |

~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**ORDER**

In accordance with the Memorandum dated December 3, 2015, the Court grants the Defendants' Motion to Amend Answer and Counterclaim, without prejudice to the filing of a Motion to Dismiss Counterclaims II-IV. The Court denies the Defendants' Expedited Motion pursuant to which they seek a "restraining order" against the Plaintiff, Genaro Recupero.

The Court hereby amends its Pretrial Order as follows: 1) the parties shall file their Rule 26(f) Certificate on or before January 8, 2016; 2) the parties shall complete discovery on or before March 6, 2016; and 3) the parties shall file their Joint Pretrial Memorandum on or before April 8, 2016.

The Court orders the Plaintiffs to comply with Fed. R. Civ. P. 7034(a)(2), made applicable to this adversary proceeding by Fed. R. Bankr. P. 7034, in the event that they seek any further discovery as to property possessed or controlled by the Defendants.

By the Court,

Joan N. Feeney
United States Bankruptcy Judge

Dated: December 3, 2015